UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FIGURES, et al.,<br><br>    Plaintiffs,<br><br>      v.<br><br>TIBOR SZABO, et al.,<br><br>    Defendants. | Case No. 14-cv-04684-JD<br><br>**ORDER TO SHOW CAUSE** |

At 10:00 a.m. this morning, Wednesday, January 7, 2015, the Court held a noticed hearing on defendants' motion to dismiss. Dkt. No. 4. Counsel for plaintiffs did not appear.

Counsel neither requested nor was granted leave not to appear at today's hearing. Accordingly, plaintiffs' counsel is hereby ordered to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for counsel's failure to appear at a noticed hearing in this matter. The response to the order is due by 3:00 p.m. on Friday, January 9, 2015. Defendants need not submit a statement.

Plaintiff's counsel is further advised that the Court ruled on defendants' motion to dismiss from the bench at this morning's hearing. Plaintiff's counsel should carefully review and comply with the Court's orders as set forth in the civil minutes which were posted to the ECF docket. *See* Dkt. No. 10.

**IT IS SO ORDERED**.

Dated: January 7, 2015

_____
JAMES DONATO
United States District Judge