UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FIGURES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TIBOR SZABO, et al.,<br><br>    Defendants. | Case No. 14-cv-04684-JD<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed plaintiffs' counsel's response to the order to show cause (Dkt. No. 12), and now discharges the order (Dkt. No. 11). Counsel is advised that the Court will not excuse any other failures to appear due to calendaring errors.

The Court also continues the case management conference that is currently set for January 21, 2015 to March 11, 2015 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: January 15, 2015

_____
JAMES DONATO
United States District Judge