UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FIGURES, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>TIBOR SZABO, et al.,<br>　　　　Defendants. | Case No.  14-cv-04684-HSG<br><br>JUDGMENT |

　　　Judgment is hereby entered consistent with the Court's Order Dismissing Complaint,

　　　This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

　　　Dated at Oakland, California, this 4th day of May, 2015.

Richard W. Wieking
Clerk of Court

By: 
　　　Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FIGURES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TIBOR SZABO, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-04684-HSG<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 5/4/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tibor  Szabo
1739 A Broadway St
San Francisco, CA 94109


Dated: 5/4/2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Nikki D. Riley, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable HAYWOOD S. GILLIAM, JR.

2